IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-481-FDW-DCK

| | |
|---|---|
| JUSTIN HUBBARD, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| SOUTHWOOD REALTY COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Local Counsel John J. Nestico on May 16, 2024.

Applicant Carolyn H. Cottrell seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Carolyn H. Cottrell is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: May 28, 2024

David C. Keesler
United States Magistrate Judge